Revised 07/08

# UNITED STATES BANKRUPTCY COURT
## Eastern District of Michigan

### COVER SHEET FOR AMENDMENTS

**CASE NAME:** Wolverine Security Services, Inc.

**CASE NUMBER:** 08-60369

The enclosed documents amend the petition, schedule, statement of financial affairs, statement of income and expenses, matrix or summary of assets and liabilities.

### The purpose of this amendment is to:

☒ Add creditors to schedule(s) __F__. How many? __3__ (Use second page of this form to list creditors added).

    ☒ **$26.00 Amendment Fee.** This fee is required whenever you add creditors to a case, delete creditors, change the amount of a debt or change the classification of a debt. The fee is not required when correcting addresses of previously listed creditors. It is not required when new schedules are filed in a converted case.

☐ Correct the addresses of creditors already listed on the schedules and matrix previously filed. (Use second page of this form).

☐ Other: (Please explain)_____

☐ **Amend Schedules and list of creditors.** Schedules must be verified by the debtor(s).

☒ **Amend Matrix.** Please do not send a matrix adding creditors to a case unless you also send the amended schedules. Do not send a new matrix to correct an address. Use the second page of this form. Pursuant to L.B.R. 1007-2 & 1009-1 an amendment to a matrix filed by a debtor without an attorney must have a complete paper copy attached to this form. Electronic filers must upload creditors to the ECF system.

**NOTE:** LBR 1009-1(b) requires the debtor to serve a copy of the amendment and the cover sheet for amendments on the trustee and all other entities affected by the amendment.

## CORRECTIONS AND ADDITIONS TO MAILING MATRIX

Use this section of the form to make corrections to the names and address of any creditors or parties in interest who are listed on the current matrix of the case.

**NAME OF CREDITOR** (As it now appears): _____
(Please print)
Previous address: _____  Please change to: _____

**NAME OF CREDITOR** (As it now appears): _____
(Please print)
Previous address: _____  Please change to: _____

**NAME OF CREDITOR** (As it now appears): _____
(Please print)
Previous address: _____  Please change to: _____

Use this section of the form to **IDENTIFY** creditors added to the schedules and matrix.

**NAME OF CREDITOR** (As it now appears): Weltman, Weinberg & Reis Co., LPA
(Please print)
Address: Attn: Scott S. Weltman, 323 W. Lakeside Avenue, Suite 200, Cleveland, OH 44113-1099

**NAME OF CREDITOR** (As it now appears): Mastronardi Produce USA
(Please print)
Address: 6505 Cogswell Road, Suite 200
Romulus, Michigan 48174

**NAME OF CREDITOR** (As it now appears): Comerica Bank
(Please print)
Address: P.O. Box 790408
Saint Louis MO 63179-0408

### FOR ADDITIONAL CHANGES COPY THIS SHEET AND CONTINUE

Signature: /s/ Lynn M. Brimer
Lynn M. Brimer  P43291
Name of Attorney
300 East Long Lake Road
Suite 200
Bloomfield Hills, MI 48304-2376
(248) 540-2300

I/We do hereby affirm under penalty of perjury that I/we have read the foregoing form, Cover Sheet for Amendments, and all pleadings and attachments thereto, and do hereby affirm that the information contained herein is true and accurate to the best of my knowledge, information and belief.

Signature: /s/ John Willette
John Willette
Name of Debtor

Signature: _____
Name of Joint Debtor, if applicable

B6F (Official Form 6F) (12/07)

In re  **Wolverine Security Services, Inc.**  Case No. __08-60369__
_____,
Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community — H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>AT&T<br>P.O. Box 8100<br>Aurora, IL 60507-8100 | | - | Telephone Services | | | | Unknown |
| Account No.<br><br>Blue Care Network of Michigan<br>20500 Civic Center Drive<br>Southfield, MI 48076 | | - | Health care | | | | 7,300.00 |
| Account No.<br><br>Charter One Inc.<br>55 West Long Lake Road<br>Troy, MI 48098 | | - | commercial loan | | | | 92,311.83 |
| Account No.<br><br>Comerica Bank<br>P.O. Box 790408<br>Saint Louis, MO 63179-0408 | | - | Trade debt | | | | 11,000.00 |
| __3__ continuation sheets attached | | | | | Subtotal<br>(Total of this page) | | 110,611.83 |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037    S/N:26195-081118   Best Case Bankruptcy

In re **Wolverine Security Services, Inc.** , Case No. **08-60369**
Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxx xxx x001 7 <br><br> DTE Energy <br> 3200 Hobson Street <br> Noble 3rd Floor <br> Detroit, MI 48201 | | - | 2008 <br> Utility | | | | 842.73 |
| Account No. <br><br> Jo Ann Berry <br> 21253 Littlestone Road <br> Harper Woods, MI 48225 | | - | | | | | 2,500.00 |
| Account No. <br><br> John C. Willette <br> 48652 Red Oak Drive <br> Shelby Township, MI 48315 | | - | July 23, 2008 <br> Expense Advances | | | | Unknown |
| Account No. <br><br> John D. Cadieux <br> 1700 West Hamlin Road <br> Suite 100 <br> Rochester, MI 48309 | | - | July - August 2008 <br> Legal services | | | X | 4,015.00 |
| Account No. <br><br> Key Bank <br> 12550 Beech Daly Rd. <br> Redford, MI 48239-2478 | | - | Trade debt | | | X | 50,000.00 |

Sheet no. **1** of **3** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) | 57,357.73

In re  Wolverine Security Services, Inc.  ,  Case No. 08-60369
                    Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Mastronardi Produce USA<br>6505 Cogswell Road<br>Suite 200<br>Romulus, MI 48174 | | - | Settlement | | | | 20,000.00 |
| Account No.<br><br>Mobil Mini<br>P.O. Box 79149<br>Phoenix, AZ 85062-9149 | | - | Lease obligations | | | | 1,500.00 |
| Account No.<br><br>Office Depot<br>2200 Old Germantown Rd.<br>Delray Beach, FL 33445 | | - | misc.<br>trade debt | | | | 500.00 |
| Account No.<br><br>Rhonda Wier<br>c/o Wolverine Security Services, Inc.<br>32080 Schoolcraft Road<br>Suite 100<br>Livonia, MI 48150 | | - | Expense advances | | | | 1,200.00 |
| Account No.<br><br>Sprint<br>6391 Sprint Parkway<br>Overland Park, KS 66251-4300 | | - | cell phone | | | X | 5,293.00 |

Sheet no. __2__ of __3__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) 28,493.00

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037        Best Case Bankruptcy

In re  Wolverine Security Services, Inc. , Case No. 08-60369
Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xx3564 <br><br> SS&G Financial <br> 32125 Solon Road <br> Solon, OH 44139 | | - | Professional services | | | | 4,720.93 |
| Account No. <br><br> Unipro <br> 320 Elizabeth Avenue <br> Newark, NJ 07112 | | - | Trade debt | | | X | 15,000.00 |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

Sheet no. 3 of 3 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    19,720.93

Total (Report on Summary of Schedules)    216,183.49

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037    Best Case Bankruptcy

Comerica Bank
P.O. Box 790408
Saint Louis, MO 63179-0408


Mastronardi Produce USA
6505 Cogswell Road
Suite 200
Romulus, MI 48174


Weltman, Weinberg & Reis Co., LPA
Scott S. Weltman
323 W. Lakeside Avenue
Suite 200
Cleveland, OH 44113-1009